

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00488-CR

**IN RE** Gary L. **KENNEDY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Sandee Bryan Marion, Chief Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed: August 17, 2016

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On August 2, 2016, Relator filed a petition for writ of mandamus, complaining the trial court had not ruled on his motion for new trial. The record shows the trial court denied Relator's motion on July 19, 2016, thus mooting Relator's petition. Accordingly, the petition for writ of mandamus is dismissed as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause Nos. 2014CR7948 and 2015CR3877, styled *State of Texas v. Gary L. Kennedy*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.